discovery and inspection to proceed on five days' notice. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

In the Matter of the Judicial Settlement of the Account of the Proceedings of GEORGE W. OLVANY and RICHARD A. CORROON, as Executors of and Trustees under the Last Will and Testament of ANTONIN CHAPAL, Deceased, Appellants. FRANCOISE NAYLOR and ROBERT IRVING CHAPAL, Objectors, Respondents.— Order of the Surrogate's Court of Nassau county reversed on the law, with ten dollars costs and disbursements to the appellants, payable out of the estate, and motion denied, on the authority of *Matter of Brennan* (251 N. Y. 39); *Matter of Starbuck* (221 App. Div. 702; affd., 248 N. Y. 555). The power of the surrogate to vacate the decree is limited by subdivision 6 of section 20 of the Surrogate's Court Act. The surrogate has no power to vacate a decree entered on default in order to determine whether judicial error has been committed. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

In the Matter of the Probate of the Last Will and Testament of MARGARET ANN LIPSETT, Deceased. JOSEPH LIPSETT and IDA TICE GROOMES, Appellants; LILA WELLER MORSE, as Executrix, etc., of MARGARET ANN LIPSETT, Deceased, Respondent.— Decree of the Surrogate's Court of Orange county unanimously affirmed, with costs to both parties, payable out of the estate. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Application of CECIL B. RUSKAY, an Attorney and Counselor at Law, Respondent, to Determine and Enforce His Attorney's Lien against RICHARD E. WELDON and GEORGE KENT WELDON, Respondents, Appellants; THOMAS J. SMITH and NATIONAL SURETY COMPANY, Respondents.— Order confirming report of official referee affirmed, with ten dollars costs and disbursements to petitioner, respondent. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

EDITH F. JENKINS, Respondent, v. WILLIAM JENKINS, JR., Appellant.— Order granting plaintiff's motion for alimony and counsel fee affirmed, with fifty dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

ELIZABETH S. LaCOUR, Appellant, v. LAURITZ LaCOUR and " JANE " LaCOUR, the Name " Jane " Being Fictitious, True First Name of Defendant Being to Plaintiff Unknown, Respondents.— Order denying motion for examination before trial and for discovery and inspection affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

LOUIS LYNCH, as Administrator, etc., of JAMES ROBERT LYNCH, Deceased, Respondent, v. ERIE RAILROAD COMPANY, Appellant, Impleaded with Others, Defendants. (Appeal No. 1.) — Order granting leave to serve amended complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

LOUIS LYNCH, as Administrator, etc., of JAMES ROBERT LYNCH, Deceased, Respondent, v. ERIE RAILROAD COMPANY, Appellant, Impleaded with Others, Defendants. (Appeal No. 2.) — Order denying motion to dismiss the complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

GEORGE W. MORRIS, as Administrator, etc., of GORDON MORRIS, Deceased,